AUSA: Sara D. Woodward  Telephone: 313-226-9180
Special Agent: Danielle Christenson  Telephone: 586-412-4844

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

DENNIS GEORGE DEHATE,

Case: 2:15-mj-30003
Judge: Unassigned,
Filed: 01-06-2015 At 11:49 AM
IN RE: SEALED MATTER (CMP)(CMC)

    Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of July 18, 2014 to August 20, 2014, in the county of Macomb and elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. Section 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Special Agent Danielle Christenson, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: January 6, 2015

_Judge's signature_

City and state: Detroit, Michigan

R. Steven Whalen, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Danielle A. Christenson, Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Detroit Division, Macomb County Resident Agency, Clinton Township, Michigan, being duly sworn, depose and state as follows:

### I.   INTRODUCTION

1. I have been employed with the FBI for approximately 10 years and am currently a Special Agent. I have been a Special Agent for approximately three years and have worked on multiple crimes against children investigations, to include child pornography, adults traveling to meet with minors for the purposes of engaging in sexual activity, and international parental kidnapping. During the course of these investigations, my duties have included writing search warrants, complaints and arrest warrants, participating in the execution of search warrants, the collection of evidence, interviewing subjects and witnesses of these cases, and testifying at various court proceedings in Federal Court and Michigan State Court. I am currently assigned to the Macomb Area Computer Enforcement (MACE) task force, which purpose is to investigate criminal violations of both federal and state child pornography and child exploitation laws. In addition, I have been trained in the investigation of computer crimes and the use of computers to store, transmit, print, and produce child pornography.

1

2. I submit this affidavit in support of a criminal complaint for DENNIS GEORGE DEHATE for production of child pornography (18 U.S.C. § 2251) and receipt of child pornography (18 U.S.C. § 2252A(a)(2)).

3. The statements in this affidavit are based on my investigation of this matter as well as that of other FBI personnel, and law enforcement partners in other states. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## II. PROBABLE CAUSE

### A. Newark, New Jersey

4. On August 20, 2014, a concerned parent (Reporting Person 1, or "RP-1") visited FBI Newark to provide information regarding his minor daughter (Minor Victim 1, or "MV-1") and her communications with an adult male using the Kik cellular phone application ("Kik" or "Kik app"). In August of 2014, MV-1 was 13 years old.

5. RP-1 went through MV-1's cellular phone and found numerous communications, to include sexually explicit photographs and videos, exchanged between MV-1 and Kik user "DEN D." Kik user DEN D listed his Kik name as "MOPARMAN51."

6. RP-1 gave his consent for FBI agents to examine MV-1's cellular phone. FBI agents observed communications between MV-1 and Kik user DEN D/MOPARMAN51 starting on or about July 17, 2014. The following are descriptions of communications between MV-1 and Kik user DEN D/MOPARMAN51:

    a. On July 18, 2014 at 12:10 a.m., Kik user DEN D/MOPARMAN51 sent an explicit photograph of what appears to be his testicles along with the message: "My balls just for you…I manscaped today and I nicked myself with the trimmer…It didn't hurt but boy did it bleed." Kik user DEN D then asked MV-1: "Do you think you could make me a vidio of you pleasureing you self for me Baby?"

    b. On July 19, 2014, Kik user DEN D/MOPARMAN51 asked MV-1 if she utilizes Kik video. Later the same day, MV-1 sent a topless photograph of herself to Kik user DEN D/MOPARMAN51. Minor Victim asked DEN D/MOPARMAN51, "Daddy I look horrible. Do I really have to make a vid tonight."

    c. That same day, Kik user DEN D/MOPARMAN51 asked MV-1 to hear her voice and wrote, "…when we meet I will hear it…" MV-1 then sent a video of herself saying, "I love you Daddy."

3

    d. Also on July 19, 2014, Kik user DEN D/MOPARMAN51 sent MV-1 a sexually explicit photograph of a female's vagina with the following text, "This girl says her pussy is loose and ugly...I want yiur opinion."

    e. At approximately 11:14 p.m. on the same date, MV-1 sent a video to Kik user DEN D/MOPARMAN51 that depicted herself masturbating. In the video, MV-1's genitals are visible. Kik user DEN D/MOPARMAN51 responded by asking MV-1 for a longer video. Kikd user DEN D/MOPARMAN51 also stated that if MV-1 "used lube," with practice, she could "fist" herself.

    f. On July 20, 2014 at 2:40 a.m., MV-1 sent a Kik message to DEN D/MOPARMAN51 that stated: "I got over $300 for graduating 8th grade."

7. Three videos were recovered from MV-1's cellular phone that were sent by Kik user DEN D/MOPARMAN51. Kik user DEN D/MOPARMAN51 represented to MV-1 that the individual depicted in the videos was himself. The videos show a heavy-set, white, adult male that appears to be approximately 50 years old. The male's face is visible in all three videos and appears to be the same individual. One of the videos depicts the adult male masturbating until he ejaculates.

8. Open source checks were conducted by FBI agents in Newark, New Jersey for MOPARMAN51. The open source check located a user on

4

experienceproject.com with Experience Project username "MOPARMAN51." Experience Project is a site that allows users to share stories about life experiences. Some of the content is sexually explicit. Experience Project user "MOPARMAN51" has a profile picture that appears to depict the same white male in the videos received by MV-1. On March 2, 2014, Experience Project user MOPARMAN51 commented on an incest story shared by another user titled "I Get Spanked by My Dad." Experience Project user MOPARMAN51 commented: "You shouldn't tease. . . . Please add me." On March 21, 2014, Experience Project user MOPARMAN51 commented on a post by another user titled "I Will Answer Any Question You Dare Ask"; MOPARMAN51 wrote: "Would you please add me. . . If you want to talk my kik is moparman51."

9. The open source check for "MOPARMAN51" also located a user ID with that name (MOPARMAN51) on the website www.chaturbate.com. On Chaturbate, the user MOPARMAN51 provided the following details on his profile: a date of birth of xx/08/1964, that he was male, that he was interested in women, and that he was located in Michigan. Chaturbate is a website that allows users to masturbate while chatting online.

10. The open source check for "MOPARMAN51" also located a user ID with that name (MOPARMAN51) on the website sloozie.com. On Sloozie, the user

5

MOPARMAN51 provided the following details on his profile: male, 50 years old, single, located in Sterling Heights, Michigan, height of 5'10".

11. A search on Lexis Nexis/Accurint for an individual in Michigan with a date of birth xx/08/1964, with a name containing "DEN D" revealed the following information: DENNIS GEORGE DEHATE, date of birth xx/08/1964 (the same date of birth listed on the Chaturbate profile for MOPARMAN51), height of 5'10", residing at 5108 Brixham Court, Sterling Heights, Michigan.

**B.   Clinton Township, Michigan**

12. In late November 2014, Affiant received the above information from FBI Newark. Affiant reviewed the videos and photographs exchanged between Kik user DEN D/MOPARMAN51 and MV-1. The files sent by DEN D/MOPARMAN51 depict an adult white male masturbating whose face is visible, as well as other videos that clearly show the adult male's face.

13. A check with Michigan Secretary of State produced an image for DENNIS GEORGE DEHATE, Date of Birth xx/08/1964. This image was compared to the above mentioned videos that Kik user DEN D/MOPARMAN51 sent to MV-1. Based on my training and experience, I concluded that the individual in the videos sent to MV-1 and DENNIS DEHATE were the same individual, by comparing his driver's license photo and the videos.

14. One of the Kik videos sent to MV-1 shows a man that appears to be DEHATE instructing MV-1 to make a longer video than the one she already sent.

15. The Kik videos sent from MV-1 to Kik user DEN D/MOPARMAN51 show MV-1 engaging in sexual acts. I am familiar with the federal definition of child pornography contained at 18 U.S.C. § 2256(8). The video files sent to Kik user DEN D/MOPARMAN51 constitute child pornography. In addition, Kik user DEN D/MOPARMAN51 specifically requested that MV-1 produce a video of herself masturbating.

16. The National Crime Information Center (NCIC) returned the following information for DEHATE: 5108 Brixham Court, Sterling Heights, Michigan, Date of Birth xx/xx/1964, Michigan Driver's License: D xxx xxx xxx 620. Two vehicles were registered to DEHATE: 2000 4-door Ford Escort, and a 1998 Plymouth Voyager.

17. On January 1 and 5, 2015, I conducted surveillance at 5108 Brixham Court in Sterling Heights, Michigan. On both occasions I observed two vehicles in the driveway of the residence: a 4-door Ford Escort and a Plymouth Voyager.

## CONCLUSION

18. Affiant respectfully submits that there is probable cause to believe that DENNIS GEORGE DEHATE produced child pornography (18 U.S.C. § 2251) and received child pornography (18 U.S.C. § 2252A(a)(2)).

7

19. Wherefore by this affidavit and application, affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for DENNIS GEORGE DEHATE.

*[signature]*
DANIELLE A. CHRISTENSON
Special Agent, FBI

Sworn to me this 6th day of January 2015

*[signature]*
R. STEVEN WHALEN
United States Magistrate Judge