AO 442 (Rev. 01/09) Arrest Warrant

AUSA Sara Woodward, 313-226-9180
Special Agent Danielle Christenson, 586-412-4844

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
DENNIS GEORGE DEHATE

Case: 2:15-mj-30003
Judge: Unassigned,
Filed: 01-06-2015 At 11:49 AM
IN RE: SEALED MATTER (CMP)(CMC)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DENNIS GEORGE DEHATE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Production of child pornography in violation of 18 U.S.C. Section 2251(a)
Receipt of child pornography in violation of 18 U.S.C. Section 2252A(a)(2)

Date: January 6, 2015

R. STEVEN WHALEN
*Issuing officer's signature*

City and state: Detroit, Michigan

R. STEVEN WHALEN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/6/2015, and the person was arrested on *(date)* 1/13/2015
at *(city and state)* Sterling Heights, MI

Date: _____

*Arresting officer's signature*
Danielle Christenson, SA
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA