YOUR BEST DEFENSE, PLC
398 Kent Way
White Lake, MI 48383
(248) 461-6777

May 13, 2016

Hon Sean F. Cox
United States District Court Judge
Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

RE: USA v. Dennis DeHate, Case No:15-cr-20037
Your Honor:

I have received the enclosed letters on behalf of my client, Dennis DeHate. Mr.
DeHate is scheduled to be sentenced this Wednesday, May 18 at 2:00 p.m. In
order for you to review these letters before sentencing I have sent this efile. I will
bring the originals to court with me on May 18, 2016 and provide copies to the
Probation Department and the US Attorney.

I hope this information will help you in your very difficult decision regarding M*11
If you need any further information from me prior to Thursday please feel free to
contact me at the above number. Thanking you for your cooperation in regards
to this matter.

Respectfully Submitted,

Mitchell H. Nelson
Enclosures

Cc: AUSA Margaret Smith
U.S. Probation Department

6430 Woodland Avenue
Shelby Township, MI 48316

April 26, 2016

The Honorable Judge Sean F. Cox
Theodore J. Levin U.S Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Dear Judge Cox:

My name is Valerie Weyhing and I am an Autism and Behavior Consultant. I am writing this letter on behalf of Dennis G. DeHate. I first met Dennis in 1974, as the younger brother of one of my dearest friends. We got to know each other better when we were in high school and I spent a great deal of time at their home. We kept in touch, off and on over the next 10 years, at which point we began to see each other more frequently as we raised our respective families. As close friends, our families attended each other's family events. Even now, as adults, our children still stay in contact. Several years ago, due to my family responsibilities and a disagreement with Dennis' wife, the frequency of our visits was reduced to once or twice a year, when Dennis would come to my home. We also kept in touch, periodically by phone.

I have not spoken with Dennis since before he was arrested. I was made aware of the situation by Dennis' sister and ex-wife. They have both provided me with information regarding the charges and resources referencing the case. I chose not to attempt to make contact with Dennis, due to the allegations and the significant conflict it presents with my profession.

Dennis has had his share of difficulties in his life. To the best of my knowledge, he was brought up in a relatively happy home. However, his mother, who was the true moral compass in the family, developed cancer and passed away at home not long after Dennis turned 19. Dennis' father, a blue collar worker, was often very critical of his children. Yet he frequently acted like one of the kids, himself. In my opinion, Dennis spent much of early adult years trying to emulate his father and live up to his expectations. Although he never was able to live up to his father's expectations, and I know he won't like hearing this, but he is very much like his father in his behavior and mannerisms.

Dennis was very happy when he met his wife and I believe the early years of their marriage were happy ones. However, as time went on, they had to deal with the stress of raising a child with a challenging handicap. In addition they had frequent financial issues. I believe that Dennis did his best to support his family, often picking up side jobs repairing cars, in addition to his regular employment. Their needs were met, but the wants often were not and this created friction, as well. At the time of Dennis' arrest, although they were living in the same home, it is my understanding that Dennis and his wife were not on good terms and had been planning to divorce.

Dennis is quite amiable and generally well liked. Dennis has always been willing to help others and he likes to share his knowledge when doing so. His greatest fault is that he is long winded, and often doesn't know when to stop talking. In another life, he may have been a college professor. It is not in Dennis' nature to intentionally do anything that would cause harm to another person.

April 28, 2016

Honorable Sean F. Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226
Courtroom Room 252

Your Honor,

My name is Christine M. DeHate of 1410 Main Street, Cheboygan Michigian. I am the Disabled Ex-Wife of Dennis G. DeHate, formerly of 5108 Brixham Court, Sterling Heights Michigan. Prior to last April 2015, I was married to Dennis G. DeHate for twenty-eight years and we raised two children together, who are now grown adults.

I have been in contact with Dennis as well as having been present at the time he was arrested, and I am aware of the charges that he has been charged with and found guilty of, and I am in as much shock over them now, as I was at the time of his arrest.

Dennis has been a caring person that has worked hard to hold a good paying job. He always kept trying to do better for himself and his family. He has tried to move forward with his career as a machinist, which is not easy when working in various small manufacturing shops, and just trying to make ends meet.

Dennis is also a mechanic, and he has loved working on cars his whole life. He was the "go to" person for family, friends, and sometimes even strangers. If a person had a problem with their vehicle in the middle of the night, Dennis would not hesitate for a second to go and help them, even when he had to be up for work at 5:00AM. Then the next day, he would be right there, after work, fixing it for them for only the cost of the parts needed.

Prior to Dennis' arrest, I was having some concerns, because he seemed down, and withdrawn. I know he had a lot of stress on his shoulders due to two recent surgeries I had to have done. One of the surgeries was in January of 2014, for a Parathyroid Tumor removal, and another one was six months later in June of 2014, for a Total Knee Replacement. Then, not too long after I recovered from the Knee Replacement surgery, in November of 2014, I was diagnosed with significant Osteoarthritis in my limbs, and Inflammatory Spondyloarthritis in my lower back. Both conditions cause chronic pain and degeneration, which there is no cure for. Dennis was the only source of income not only for the money, but medical insurance as well. I believe this caused great stress and anxiety for him.

I know that between trying to help me, when he was home, and worries on a daily basis that if he missed even one day of work, it could mean the end of what I needed in Medical care. It put him into a very overwhelming stressful state of mind, and after he was arrested, he did lose his job and we lost everything, including our home.

In talking with Dennis I believe he is remorseful for what he did. There has definitely been a change in him. As long as I've known him, he has been a good person at heart, and I can only reason out and speculate that maybe the pressures of life and possible depression got the better of him. I truly hope he will be able to receive some help for that while he is in prison.

I really appreciate and thank you, your Honor, for taking a few minutes of your time out of your busy day, to read my letter.

Respectfully Yours

Christine M. DeHate

APRIL 25, 2016

DEAR JUDGE COX,

REGARDING THE CASE INVOLVING DENNIS G. DEHATE, I'VE BEEN ASKED TO WRITE A CHARACTER REFERENCE LETTER ABOUT HIM.

I'VE KNOWN DENNIS FOR ABOUT 19 YEARS, WE MET WHEN HE HIRED ON AT JESCO PRODUCTS AS A MACHINIST. I'VE ALWAYS KNOWN HIM TO BE THE PRIMARY PROVIDER FOR HIS FAMILY, OFTEN DOING WITHOUT SO HIS WIFE AND 2 CHILDREN COULD HAVE WHATEVER THEY NEEDED. WHEN HE GOT LAID-OFF FROM JESCO HE ALWAYS MANAGED TO FIND WORK AS A MACHINIST SOMEWHERE SOMEHOW EVEN WHEN THE TRADE WAS SLOW. I'VE ALWAYS BEEN IMPRESSED BY THE WAY HE ALWAYS MANAGED TO GET BY.

LAST DECEMBER (2015) I HAD LOST CONTACT WITH HIM FOR I GUESS ALMOST 1 YEAR SO I WENT TO HIS HOUSE IN STERLING HEIGHTS ONLY TO FIND HE HAD BEEN ARRESTED. NOT KNOWING ANY DETAILS AT THE TIME I COULDN'T IMAGINE FOR WHAT. SEARCHING ON-LINE I FOUND OUT. I COULDN'T BELIEVE WHAT I READ.

I UNDERSTAND DENNIS IS FACING HARSH SENTANCING. USING HIS KNOWLEDE AS A MACHINIST AND MECHANIC COULD BE VALUABLE TO OTHERS IN TRAINING AS I WOULD

LIKE TO THINK IN TERMS OF REHABILITATION, AS POSSIBLY MAKING OTHERS EMPLOYABLE' UPON THEIR RELEASE.

THANK YOU,
MARTIN GLEASON
33824 BROWNLEA DR.
STERLING HEIGHTS MI 48312
(H) 586-264-3788
(C) 586-214-4545